

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00042-CV

IN RE WILLIAM BOYD PIERCE                                              RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. F-2003-0377-C

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED: February 12, 2015

------------

[1]*See* Tex. R. App. P. 47.4, 52.8(d).